**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | |
|---|---|
| HALLMARK CARDS, INCORPORATED and HALLMARK LICENSING, INC., <br><br> PLAINTIFFS, <br><br> v. <br><br> DOLLAR GENERAL CORPORATION, and DOLGENCORP, INC., <br><br> DEFENDANTS. | ) ) ) ) ) ) ) ) ) ) ) ) Case No. 04-CV-0957 |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs and Defendants file this Joint Stipulation of Dismissal under Federal Rule of Civil Procedure 41 (a) (1) (ii).

1. Plaintiffs are Hallmark Cards, Incorporated and Hallmark Licensing, Inc; Defendants are Dollar General Corporation and Dolgencorp, Inc.

2. On October 20, 2004, Plaintiffs sued Defendants.

3. On November 9, 2004, Defendants filed their answer and defenses.

4. The parties jointly move to dismiss the suit.

5. This case is not a class action.

6. A receiver has not been appointed in this action.

7. This case is not governed by any federal statute that requires an order of the Court for dismissal of the case.

8. Plaintiffs have not dismissed an action based on or including the same claims as those presented in this suit.

9. By agreement of all parties, this dismissal is **with** prejudice.

10. Each party will bear its own costs, fees, and expenses.


Dated: November 22, 2004		/s/ Adam P. Seitz
B. Trent Webb, MO Bar No. 40778
Bart A. Starr, MO Bar No. 52407
Adam P. Seitz, MO Bar No. 53929
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, Missouri 64108-2613
816-474-6550 Telephone
816-421-5547 Facsimile
ATTORNEYS FOR PLAINTIFFS


/s/ John Bowler
John Bowler
Georgia Bar No. 071770
TROUTMAN SANDERS L.L.P.
600 Peachtree Street
Suite 5200
Atlanta, Georgia 30308-2216
404-885-3330 Telephone
404-962-6588 Facsimile
ATTORNEY FOR DEFENDANTS


/s/ George E. Leonard
George E. Leonard
MO Bar No. 19145
SHUGART, THOMSON & KILROY, P.C.
Twelve Wyandotte Plaza
120 West 12th Street
Kansas City, MO 64105
816-421-3355 Telephone
816-374-0509 Facsimile
ATTORNEY FOR DEFENDANTS